UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CAMERINO PEREZ, CRIM. NO. 20-1010 (RMB)

---

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum  ( ) Ad Testificandum

1. **CAMERINO PEREZ, SBI No. 444733D** (hereinafter the "Detainee") is now confined at the South Woods State Prison, Bridgeton, New Jersey.

2. The Detainee is

    charged in this District by: **(X)** Indictment   ( ) Information   ( ) Complaint
    with violation of 18 U.S.C. § 1326(a).

3. The Detainee will

    return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required before the **Hon. Renée Marie Bumb, U.S. District Judge**, on **Friday, January 7, 2022** at **11:00 a.m.** for an **In-Person Plea Hearing**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:   December 21, 2021

*/s/ Daniel A. Friedman*
DANIEL A. FRIEDMAN
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:   December 22, 2021

_____
Hon. Ann Marie Donio, U.S.M.J.

## WRIT  OF  HABEAS  CORPUS

The United States of America to Warden of the South Woods State Prison:

WE COMMAND YOU that you have the body of

**CAMERINO PEREZ, SBI No. 444733D,**

now confined at the South Woods State Prison, Bridgeton, New Jersey. The Detainee will be required before the **Hon. Renée Marie Bumb, U.S. District Judge**, on **Friday, January 7, 2022 at 11:00 a.m.** for an **In-Person Plea Hearing**, in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

> WITNESS the Ann Marie Donio
> United States Magistrate Judge
> Camden, New Jersey.

DATED:   December 22, 2021          WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                                    Per: _____
                                         Deputy Clerk